UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID ALLEN HAWKINS,

                Petitioner,

          v.

ELDON VAIL,

                Respondent.

CASE NO.  C09-5434RBL/JRC

ORDER ADOPTING
REPORT AND
RECOMMENDATION

       The Court having reviewed the Report and Recommendation of the Hon. J. Richard

Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt.

#16], and the remaining record, does hereby find and Order:

        (1)     The Court adopts the Report and Recommendation;

        (2)     This petition is time barred.  The petition fails on the merits as well.  The petition
                 is **DENIED**.

        (3)     The clerk is directed to send copies of this Order to Petitioner, and the Hon. J.
                 Richard Creatura.

       DATED this 11th day of December, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1